UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LACEY KURT PAIGE,<br>　　Plaintiff,<br><br>　　vs.<br><br>SGT. ERIK HARPER, et al.,<br>　　Defendants. | )<br>)<br>)<br>)　　Case No. 1:06CV111 HEA<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on the Court's own motion.

On December 14, 2006, the Court ordered Plaintiff to provide specific addresses for service on Defendants Unknown Hollished, Jane Doe #1 and Jane Doe #2. Plaintiff has failed to comply with the Court's Order.

Accordingly,

**IT IS HEREBY ORDERED** that these Defendants are dismissed without prejudice. Plaintiff may move the Court to amend his Complaint with respect to these defendants in the event that he is able to secure proper addresses for them in order to make service possible.

Dated this 16th day of July, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE