UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| LACEY KURT PAIGE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV111 HEA |
| | ) | |
| SGT. HARPER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the court on Plaintiff's Motion to Compel the Defendants to give Plaintiff Discovery Material/and Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment, [Doc. No. 85]. Defendants not filed an opposition to this motion. For the reasons set forth below the motion is denied in part and granted in part.

Plaintiff seeks the production of documents with respect to his Request for Production Numbers 15 and 12. On December 21, 2007 the Court granted Defendants' Motion for Relief from the Court's Order granting Plaintiff's Motion to Compel as to Request for Production Number 15. As such, Plaintiff's instant motion regarding Request Number 15 is denied.

Defendants withdrew their objection to Request for Production Number 12.

It appears that Plaintiff has not received the Documents required pursuant to this request. Defendants therefore, shall produce said documents within 7 days from the date of this Order.

Plaintiff's Request for additional time is granted up to and including April 3, 2008.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel and for Additional Time to Respond to Defendants' Motion for Summary Judgment, [Doc. No. 85], is granted in part and denied in part as provided herein.

Dated this 4th day of March, 2008.

_____
  HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE