UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

LACEY KURT PAIGE,  )
      Plaintiff,  )
  )
v.  )  Case No. 1:06CV111 HEA
  )
SGT. HARPER, et al.,  )
  )
      Defendants.  )

# **MEMORANDUM AND ORDER**

This matter is before the court on Plaintiff's Motion for Injunctive Relief, [Doc. No. 88], Motion to be Examined by an Independent Doctor, [Doc. No. 92], and Motion to Compel the Defendants to give Plaintiff Discovery Material and Motion for the Court to Reverse Its Order Granting Defendants Relief from Providing Court with Production of Documents # 15, [ Doc. No. 93]. Defendant opposes these motions and have filed written response thereto. For the reasons set forth below the motions are denied.

<u>Motion for Injunctive Relief</u>

Plaintiff is an inmate confined to SECC in Charleston, Missouri. Plaintiff brought the instant civil action pursuant to 42 U.S.C. § 1983 asserting violations of his constitutional rights. Plaintiff states that he was placed in administrative

segregation on March 7, 2008. Plaintiff asserts that his legal papers were removed from him and therefore, he is unable to respond to Defendants' Motion for Summary Judgment. However, on March 27, 2008 Plaintiff was released from desegregation and that he was given his legal file. Furthermore, the Court has given Plaintiff additional time to respond to the Motion for Summary Judgment. The Motion is therefore denied as moot.

## Motion for Independent Medical Exam

Plaintiff seeks an independent medical exam. Plaintiff merely states that Dr. Babich works for Correctional Medical Services and that his opinions are biased and self serving. Plaintiff also claims that two prison nurses who are defendants in this case are friends of Dr. Babich. Plaintiff's mere assertions are insufficient to require an independent medical exam. Plaintiff presents nothing other than his self-serving conclusions. The motion is denied.

## Motion to Compel and Reconsider

Plaintiff seeks the whereabouts of all prisoners who were in Housing Unit 2-A of the Southeast Correctional Center on August 15, 2005. Defendant provided Plaintiff with the names and cell numbers of these inmates on January 30, 2008, but failed to advise Plaintiff of the inmates' whereabouts. Defendants originally withdrew their objection to this request and should have provided the information as

to the inmates' location. To the extent that these inmates are still within the Missouri correctional system, Defendants shall provide Plaintiff with their current place of incarceration within 21 days from the date of this Order.

With respect to Plaintiff's request for the Court to reconsider its Order regarding Request # 15, Defendants had submitted a memorandum advising the Court that they will supplement their answers. Plaintiff's Motion that the Court reconsider its Order granting Defendants relief from producing certain information in Request # 15, the Motion is denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Injunctive Relief, [Doc. No. 88], is denied as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to be Examined by an Independent Doctor, [Doc. No. 92], is denied.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel the Defendants to give Plaintiff Discovery Material and Motion for the Court to Reverse Its Order Granting Defendants Relief from Providing Court with Production of Documents # 15, [ Doc. No. 93], is granted in part and denied in part.

**IT IS FURTHER ORDERED** that Defendants shall provide, within 21 days from the date of this Order, the locations of those inmates identified in Defendant's

response to Request # 12 who are still incarcerated within the Missouri Department of Corrections.

**IT IS FURTHER ORDERED** that Plaintiff's Motion requesting the Court reconsider its Order relieving Defendant of certain production of documents, is denied.

Dated this 22nd day of April, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE